UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO.  05-369 (JR)** |
| : | |
| **NEHRON HUBBARD,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Lionel Andre at telephone number (202) 353-2481 and/or email address Lionel.Andre@USDOJ.gov .   Mr. Andre will substitute as counsel  for Assistant United States Attorney Ann H. Petalas  as counsel for the United States.

       Respectfully submitted,

       KENNETH L. WAINSTEIN.
       United States Attorney

       _____
       Lionel Andre
       Assistant United States Attorney
       Federal Major Crimes Section, Bar No. 422534
       555 4th Street, N.W.  Room 4846
       Washington, DC 20530
       (202) 353-2481