UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | CRIMINAL NO. 05-369 (JR) |
| : | |
| NEHRON HUBBARD,   : | |
| : | |
| Defendant.   : | |
| : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Jessie K. Liu at telephone number (202) 514-7549 and/or e-mail address Jessie.K.Liu@usdoj.gov.  Ms. Liu will substitute for Assistant United States Attorney Lionel Andre as counsel for the United States.

          Respectfully submitted,

          KENNETH L. WAINSTEIN
          United States Attorney

BY: _____
          JESSIE K. LIU
          Assistant United States Attorney
          D.C. Bar No. 472845
          555 Fourth Street, N.W., Room 4649
          Washington, D.C. 20530
          (202) 514-7549