UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Crim. No. 05-369 (JR) |
| v. : | |
| : | |
| : | Sentencing |
| **NEHRON HUBBARD,** : | April 10, 2006 |
| : | |
| **Defendant.** : | |

### GOVERNMENT'S MOTION FOR GUIDELINES CREDIT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court, pursuant to Section 3E1.1(b) of the United States Sentencing Guidelines and Paragraph 8 of the plea agreement between the Government and Defendant Nehron Hubbard, to adjust Defendant Hubbard's offense level down one level to reflect Defendant Hubbard's early plea of guilty in this matter.

As grounds for this motion, the Government states that Defendant Hubbard assisted authorities in the investigation or prosecution of his own misconduct by timely notifying authorities of his intention to enter a plea of guilty, thereby permitting the Government to avoid preparing for trial and permitting the Government and the Court to allocate their resources efficiently. As a consequence, the resources of this Court, the United States Attorney's Office, and the Metropolitan Police Department were conserved. The United States Attorney's Office and the Metropolitan Police Department did not have to expend time, energy and resources in preparing for trial in this matter. Court time was conserved as well.

WHEREFORE, the Government respectfully submits that pursuant to Section 3E1.1(b) of the Sentencing Guidelines, it is appropriate in this case to reduce Defendant Hubbard's offense level by one level to reflect his early entry of a plea of guilty in this matter.

        KENNETH L. WAINSTEIN
        United States Attorney

BY: _____
        JESSIE K. LIU
        Assistant United States Attorney
        D.C. Bar No. 472845
        555 Fourth Street, N.W., Room 4649
        Washington, D.C. 20530
        (202) 514-7549

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing Government's Motion for Guidelines Credit to be served via facsimile on counsel for Defendant:

        Shawn F. Moore
        Assistant Federal Public Defender
        Federal Public Defender's Office
        625 Indiana Avenue, N.W.
        Suite 550
        Washington, D.C. 20004
        Facsimile:    202-208-7515

this ninth day of April, 2006.

        _____
        JESSIE K. LIU
        Assistant United States Attorney