**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Crim. No. 05-369 (JR)** |
| **v.** | : | |
| | : | |
| | : | **Sentencing** |
| **NEHRON HUBBARD,** | : | **April 10, 2006** |
| | : | |
| **Defendant.** | : | |

**ORDER**

WHEREUPON, having considered the Government's Motion for Guidelines Credit, and the

record herein, it is this _____ day of _____, 2006, hereby

ORDERED, that the Government's Motion is hereby GRANTED.

Date: _____

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE

copies to:

Jessie K. Liu
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Room 4649
Washington, D.C. 20530

Shawn F. Moore
Assistant Federal Public Defender
Federal Public Defender's Office
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004