# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Crim. No. 05-369 (JR)** |
| **v.** | : | |
| | : | |
| | : | **Sentencing** |
| **NEHRON HUBBARD,** | : | **April 10, 2006** |
| | : | |
| **Defendant.** | : | |

## <u>ORDER</u>

WHEREUPON, having considered the Government's Motion for Guidelines Credit, and the record herein, it is this _____ day of _____, 2006, hereby

ORDERED, that the Government's Motion is hereby GRANTED.


Date: _____          _____
                                JAMES ROBERTSON
                                UNITED STATES DISTRICT JUDGE



copies to:

Jessie K. Liu
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Room 4649
Washington, D.C. 20530

Shawn F. Moore
Assistant Federal Public Defender
Federal Public Defender's Office
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004