IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| V. | ) Cr. No. 05-0369 (JR) |
| | ) |
| | ) |
| **NEHRON HUBBARD** | ) |

**UNOPPOSED MOTION TO VACATE GUILTY PLEA
AND REQUEST FOR NEW PLEA HEARING**

Defendant Nehron Hubbard, through counsel, respectfully moves the Court to vacate the plea entered in this matter and convert the status hearing set for April 25 to a plea hearing, as a new disposition is contemplated by the parties. As grounds, counsel states as follows:

1.  On February 8, 2006, Mr. Hubbard entered a guilty plea to the one count indictment in this matter.

2.  After the presentence report was completed in this matter the parties disagreed with respect to an enhancement for the criminal conduct in this case. Because Mr. Hubbard believed that the enhancement was not permitted by the proffer, and because he did not admit to the conduct at the plea hearing, he moved orally through counsel to withdraw his guilty plea.

3.  Since the sentencing hearing on April 10, the parties have discussed a disposition of the matter and have agreed to a plea pursuant to Fed. R. Crim. P. 11(c)(1)©. The parties have agreed that a prison sentence in the range of 60 to 70 months constitutes a satisfactory resolution of this matter.

Accordingly, Mr. Hubbard asks that the Court vacate the current plea at the April 25 hearing

and accept a plea pursuant to Rule 11(c)(1)(C).

                      Respectfully submitted,

                      A.J. Kramer

                      Federal Public Defender

By: _____/s/_____
      Shawn Moore
      Assistant Federal Public Defender
      Attorney for Nehron Hubbard
      DC Bar # 214171
      625 Indiana Avenue, NW #550
      Washington, DC 20004
      202/208-7500
      Fax/501-3829 or 208-7515