IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) Cr. No. 05-0369 (JR) |
| V. | ) |
| | ) |
| **NEHRON HUBBARD** | ) |
| _____ | ) |

## ORDER

The parties having moved to vacate the existing plea in this matter and to convert the pending status hearing into a plea hearing, and good cause shown, it is hereby **ORDERED** that the instant motion is granted.

This, the _____ Day of April, 2006.

_____
JAMES ROBERTSON
UNITED STATES DISTRICT JUDGE